UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>APOLLO DETECTIVE AGENCY, INC.<br><br>    Defendant. | Civil Action No. 05-2096(JDB) |

## **DEFAULT**

  It appearing that the above-named Defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on November 2, 2005, and an affidavit on behalf of Plaintiff having been filed, it is this _____ day of _____, _____ declared that Defendant is in default.

                  NANCY MAYER-WHITTINGTON, Clerk

                  By:_____