11/01/05 TUE 13:27 FAX 0 　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 ☒002

# VERIFIED RETURN OF SERVICE

| | |
|---|---|
| (Insert name of court, judicial district or branch court, if any): United States District Court, District of Columbia | |
| DEPOSITION/COURT DATE: | CASE NUMBER: 1-05-CV-02096 |
| PLAINTIFF/PETITIONER: Service Employees International Union National Industry Pension Fund and Board of Trustees of the Service Employees International Union National Industry Pension Fund | |
| DEFENDANT/RESPONDENT: Apollo Detective Agency, Inc. | |
| DOCUMENTS SERVED: 20 Day Summons, Complaint, Notice of Right to Consent to Trial Before a US Magistrate Judge, Initial Electronic Case Filing Order, Electronic Case Files - Registration Form | |

Received on 10/31/2005 at 3:50 PM to be served on:

**Apollo Detective Agency, Inc.**

I do hereby affirm that on __11/2/05__ at __7:30 AM__ I served this process by:

___ CORPORATE SERVICE: By leaving a true copy of this process with the date and hour of service endorsed thereon by me, a copy of the complaint, petition, or other initial pleading or paper (if any) and informing the person of the contents:

NAME: _____  TITLE: _____

X  OTHER: By delivering a true copy of this process to __LUCIELLE ROGERS, SPOUSE__ and informing him/her of the contents.

___ NON-SERVICE: For the reason(s) listed in the comments below:

| LOCATION OF SERVICE: | FOR(Client): |
|---|---|
| 1441 Inverness Lane<br>Schereville, IN 46375 | Eunice H. Washington, Esq.<br>Service Employees International Union<br>1313 L Street, N.W.<br>Washington, DC 20005<br>800-458-1010 |

COMMENTS: Authorized to accept

AUTHORIZATION:

| DECLARATION: | SIGNATURE: |
|---|---|
| UNDER PENALTIES OF PERJURY I DECLARE THAT I HAVE READ THE FOREGOING VERIFIED RETURN OF SERVICE AND THAT THE FACTS STATED IN IT ARE TRUE.<br><br>NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525(2). | X _(signature)_<br>ANTHONY TROJNAR<br>(Print Name)<br><br>State Service Corporation<br>4030 Powerline Rd.<br>Ft. Lauderdale, FL 33309<br>OUR FILE#: ~~67305~~ 67302 |