UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> APOLLO DETECTIVE AGENCY, INC. <br><br> Defendant. | Civil Action No. 05-2096(JDB) |

CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' Affidavit in Support of Default, proposed Order and Certificate of Service was mailed this 27th day of December 2005 by first class mail, postage pre-paid to Defendant's registered agent:

> Frank M. Rogers
> Apollo Detective Agency, Inc.
> 1441 Inverness Lane
> Schererville, IN  46375

> /s/ Eunice H. Washington
> Eunice H. Washington
> SEIU Benefit Funds Legal Department
> 1343 L Street, N.W.
> Washington, D.C.  20005
> 202-626-1440