UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> APOLLO DETECTIVE AGENCY, INC. <br><br> Defendant. | Civil Action No. 05-2096(JDB) |

## MOTION FOR JUDGMENT BY DEFAULT

Plaintiffs, Service Employees International Union National Pension Fund and its Board of Trustees, through counsel and pursuant to Fed. R. Civ. P. 55(b)(2), hereby move for entry of judgment by default in favor of Plaintiffs and against Defendant Apollo Detective Agency, Inc. as follows:

1. Judgment ordering Defendant to pay to Plaintiffs, Service Employees International Union National Industry Pension Fund ("Fund") and its Trustees, the sum of $25,974.52, representing delinquent contributions owed to Plaintiffs for the period beginning March 1, 1999 through January 1, 2006;

2. Judgment ordering Defendant to pay to Plaintiffs interest, calculated at the rate of 10% per annum from the date contributions were due until February 28, on the delinquent contributions, in the amount of $3,031.41;

3. Judgment ordering Defendant to pay liquidated damages (20% of the amount of Defendant's delinquency) in the amount of $5,012.81;

4. Judgment ordering Defendant to pay outstanding late fees on a prior payment plan in the amount of $14,683.15;

5. Judgment ordering Defendant to pay the Fund's costs in the amount of $345.00.

The grounds for this Motion are set forth in the accompanying Memorandum of Points and Authorities. This Motion is supported by the accompanying Declarations of Tearyn Parroff and Eunice Washington. A proposed Order of Judgment by Default is submitted herewith.

                                        Respectfully submitted,

                                        /s/ Eunice H. Washington  
                                        Eunice H. Washington  
                                        DC Bar No. 438477  
                                        SEIU Benefit Funds Legal Department  
                                        1313 L Street, N.W.  
                                        Washington, D.C.  20005  
                                        (202) 626-1440

                                        Attorney for Plaintiffs

Dated: February 16, 2006