# Agreement

## Between

## The Associated Guard & Patrol Agencies, Inc.

### (APOLLO DETECTIVE AGENCY)

### And

## Service Employees International Union,

## Local 1,

## AFL-CIO, CLC

111 East Wacker, Suite 2500

Chicago, Illinois  60601



**LOCAL 1**

**SEIU**

Stronger Together

Effective

May 14, 2002

Through

December 31, 2004

## ARTICLE IX
## PENSION

The Employer agrees to participate in the SEIU National Industry Pension Fund. The Employer shall contribute, on behalf of each eligible employee, at the rate of ten cents ($.10) cents per hour to the Pension Fund. The Employer also agrees to abide by all the terms and conditions set forth in the Pension Agreement.

Effective January 1, 2002, the Employer agrees to contribute ten cents ($.10) cents per hour.

To become eligible for Pension Fund contributions, an employee must be employed by the Employer for one (1) year. Upon reaching the first (1st) anniversary date of their employment, contributions will be made on their behalf by the Employer to the Fund.

The Employer will pay for every hour worked and/or paid for each eligible employee.

## ARTICLE X
## UNION VISITATION AND INSPECTION

**Section 1.** The Employer agrees that full-time paid representatives of the Union shall have the right at reasonable times upon advance notice and with the Employer's permission to interview employees of the Employer upon the Employer's premises in the event that matters concerning such employee's working conditions or union membership shall require such action. Employees so interviewed shall receive no reimbursement or pay from the Employer for time spent for such interviews.

**Section 2.** The Union's agents or representatives shall not go upon an Employer's client's property or premises without prior permission by the Employer.

**Section 3.** In order to determine the Employer's compliance with the provisions of this Agreement, the Union may, at reasonable times and upon prior request to the Employer, inspect records of covered employees relating to wages, hours of work, vacation benefits, sick leave benefits, dues deductions, Health Fund monies and Pension contributions.

The Union shall give two (2) weeks notice to the Employer of the intent to spend time at the Employer's office to review the following documents: complete copies of Employer's last two

## DURATION – REOPENING

The Agreement becomes effective May 14, 2002 and shall remain in full force and effect through December 31, 2004. For its duration, the parties hereto waive further collective bargaining on all appropriate subjects of bargaining, whether or not mentioned herein except that this Agreement may be reopened for making such changes as are required by the Employee Retirement Income Security Act as subsequently construed by courts or appropriate governmental agencies.

Dated _____5-14-_____, 20_02___.

**APOLLO DETECTIVE AGENCY**

By _____
Frank Rogers
President

SERVICE EMPLOYEES INTERNATIONAL UNION,
LOCAL 1, AFL-CIO, CLC

By _____
Thomas Balanoff
President

SERVICE EMPLOYEES INTERNATIONAL UNION,
LOCAL 1, AFL-CIO, CLC

By _____
Philip Martini
Director, Security Division

34