**Apollo Detective Agency (73/1267/1911)**

| Paydate | Start date | End date | # Days Late | /Daily Rate | Interest | Principal | Total Interest | LD's |
|---|---|---|---|---|---|---|---|---|
| 3/1/1999 | 04/15/99 | 02/28/06 | 2511 | 6.87945205 | 10% | 558.46 | 391.08 | - |
| 4/1/1999 | 05/15/99 | 02/28/06 | 2481 | 6.79726027 | 10% | 352.01 | 239.27 | - |
| 1/1/2004 | 02/15/04 | 02/28/06 | 744 | 2.03835616 | 10% | 1,127.15 | 229.75 | 225.43 |
| 2/1/2004 | 03/15/04 | 02/28/06 | 715 | 1.95890411 | 10% | 764.24 | 149.71 | 152.85 |
| 5/1/2004 | 06/15/04 | 02/28/06 | 623 | 1.7068493 | 10% | 1,103.46 | 188.34 | 220.69 |
| 6/1/2004 | 07/15/04 | 02/28/06 | 593 | 1.6246575 | 10% | 1,103.46 | 179.27 | 220.69 |
| 7/1/2004 | 08/15/04 | 02/28/06 | 562 | 1.539726 | 10% | 1,103.46 | 169.90 | 220.69 |
| 8/1/2004 | 09/15/04 | 02/28/06 | 531 | 1.4547945 | 10% | 1,103.46 | 160.53 | 220.69 |
| 9/1/2004 | 10/15/04 | 02/28/06 | 501 | 1.3726027 | 10% | 1,103.46 | 151.46 | 220.69 |
| 10/1/2004 | 11/15/04 | 02/28/06 | 470 | 1.2876712 | 10% | 1,103.46 | 142.09 | 220.69 |
| 11/1/2004 | 12/15/04 | 02/28/06 | 440 | 1.2054795 | 10% | 1,103.46 | 133.02 | 220.69 |
| 12/1/2004 | 01/15/05 | 02/28/06 | 409 | 1.1205479 | 10% | 1,103.46 | 123.65 | 220.69 |
| 1/1/2005 | 02/15/05 | 02/28/06 | 378 | 1.0356164 | 10% | 1,103.46 | 114.28 | 220.69 |
| 2/1/2005 | 03/15/05 | 02/28/06 | 350 | 0.9589041 | 10% | 1,103.46 | 105.81 | 220.69 |
| 3/1/2005 | 04/15/05 | 02/28/06 | 319 | 0.8739726 | 10% | 1,103.46 | 96.44 | 220.69 |
| 4/1/2005 | 05/15/05 | 02/28/06 | 289 | 0.7917808 | 10% | 1,103.46 | 87.37 | 220.69 |
| 5/1/2005 | 06/15/05 | 02/28/06 | 258 | 0.7068493 | 10% | 1,103.46 | 78.00 | 220.69 |
| 6/1/2005 | 07/15/05 | 02/28/06 | 228 | 0.6246575 | 10% | 1,103.46 | 68.93 | 220.69 |
| 7/1/2005 | 08/15/05 | 02/28/06 | 197 | 0.539726 | 10% | 1,103.46 | 59.56 | 220.69 |
| 8/1/2005 | 09/15/05 | 02/28/06 | 166 | 0.4547945 | 10% | 1,103.46 | 50.18 | 220.69 |
| 9/1/2005 | 10/15/05 | 02/28/06 | 136 | 0.3726027 | 10% | 1,103.46 | 41.12 | 220.69 |
| 10/1/2005 | 11/15/05 | 02/28/06 | 105 | 0.2876712 | 10% | 1,103.46 | 31.74 | 220.69 |
| 11/1/2005 | 12/15/05 | 02/28/06 | 75 | 0.2054795 | 10% | 1,103.46 | 22.67 | 220.69 |
| 12/1/2005 | 01/15/06 | 02/28/06 | 44 | 0.1205479 | 10% | 1,103.46 | 13.30 | 220.69 |
| 1/1/2006 | 02/15/06 | 02/28/06 | 13 | 0.0356164 | 10% | 1,103.46 | 3.93 | 220.69 |
|  |  |  |  |  |  | **25,974.52** | **3,031.41** | **5,012.81** |

May 2004 through the present principal amount due is based on average of Jan. - Apr. 2004 remittance reports received.
Values can be updated once Apollo submits payroll records.

| | |
|---|---:|
| Contributions: | 25,974.52 |
| Interest+Payment Plan Interest: | 16,556.64 |
| Liquidated Damages+Payment Plan LD: | 6,170.73 |
| Filing Fee: | 250.00 |
| Process Server: | 95.00 |
| | |
| Total Amount Due: | 49,046.89 |