UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SERVICE EMPLOYEES )
INTERNATIONAL UNION NATIONAL )
INDUSTRY PENSION FUND, *et al.*, )
) Civil Action No. 05-2096(JDB)
      **Plaintiffs,** )
)
v. )
)
APOLLO DETECTIVE AGENCY, INC. )
)
)
      **Defendant.** )

**ORDER**

Upon consideration of Plaintiffs' Motion for Default Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and supporting memorandum of points and authorities and supporting affidavits, it is hereby:

ORDERED, that the Plaintiffs' motion be, and hereby is, granted and that judgment be entered in favor of the Service Employees International Union National Industry Pension Fund, and its Trustees as follows:

1.    Defendant shall pay to Plaintiffs the amount of $25,974.52, representing delinquent contributions owed for the March 1, 1999 through January 1, 2006

2.    Defendant shall further pay to Plaintiffs the amount of $16,556.64, representing interest on the delinquent contributions owed, calculated at the rate of 10% from the date contributions were due until February 28, 2006 and liquidated damages in the amount of $6,170.73,

calculated at 20% of the total delinquency;

  3.  Defendant shall further pay Plaintiffs the amount of $345.00 for costs incurred by Plaintiff , provided that Plaintiff shall have the right to seek a supplemental judgment for any and all attorney's fees and costs incurred in the collection of contribution owed for the periods set out in this Order;

  4.  The Defendant shall submit to Plaintiffs, no later than April 1, 2006, remittance reports for May 2004 through present setting forth all compensable hours of all employees covered by the collective bargaining agreement.  Separate reports shall be made for each month.

  5.  Defendant shall pay Plaintiffs post-judgment interest at the rate of 10% per annum.


                _____
                Judge John D. Bates

                Dated: _____

Copy to:

Eunice H. Washington
SEIU Benefit Funds Legal Department
1343 L Street, N.W.
Washington, D.C.  20005