UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SERVICE EMPLOYEES                )
INTERNATIONAL UNION NATIONAL )
INDUSTRY PENSION FUND, *et al.*, )
                                 )   Civil Action No. 05-2096(JDB)
          **Plaintiffs,**         )
                                 )
     v.                          )
                                 )
APOLLO DETECTIVE AGENCY, INC. )
                                 )
                                 )
          **Defendant.**          )

### DECLARATION OF TEARYN PARROFF

Tearyn Parroff declares:

1.   I am over 18 years of age and am competent to testify in this proceeding.

2.   I have personal knowledge of the matters set forth herein.

3.   I am Collections Manager & Fund Counsel for the Service Employees International Union National Industry Pension Fund (the "Pension Fund").

4.   The Pension Fund's purpose is to provide retirement and related benefits to eligible participants and their beneficiaries.

5.   At all relevant times, Defendant has been party to a Collective Bargaining Agreement with Service Employees International Union Local 1. Under the Collective Bargaining Agreement, for the period September 2002 through December 2004, Defendant is required to contribute to Plaintiffs $0.10 per hour for each of Defendant's eligible employee.

6. Under Plaintiffs' governing documents, by which Defendant agreed to be bound, an employer that fails to make contributions when due is also liable for late charges (interest and liquidated damages), attorneys' fees, costs, and other collection expenses.

7. For the months of March 1999 through the present, Defendant has failed to remit contributions and contribution reports. Based on Local Union records, I estimate that Defendant owes $25,974.52 in principal for these months.

8. Under Plaintiffs' governing documents, by which Defendant has agreed to be bound, an employer that fails to make contributions when due is also liable for late charges (interest and liquidated damages). Defendant owes Plaintiffs $16,556.64 in interest and $6,170.73 in liquidated damages as a result of its delay in making contributions. (Calculated as of February 28, 2006)

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Executed on February 14, 2006

_____
Tearyn J. Parroff