UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SERVICE EMPLOYEES
INTERNATIONAL UNION NATIONAL
INDUSTRY PENSION FUND, ET AL.,

Plaintiffs,

v.

APOLLO DETECTIVE AGENCY, INC.,

Defendant.

Civil Action No. 05-2096 (JDB)

### JUDGMENT ORDER

Upon consideration of [7] plaintiffs' Amended Motion for Default Judgment and the supporting memorandum and affidavits, and pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and Section 502(g)(2) of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. § 1132(g)(2), it is this 29th day of March, 2006, hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that judgment is entered against defendant and in favor of the Service Employees International Union National Industry Pension Fund and its trustees (collectively "the Plan") in the amount of forty-nine thousand forty-six dollars and eighty-nine cents ($49,046.89), divided as follows:

1. $25,974.52, representing delinquent contributions owed to the Plan for the period from March 1, 1999, through January 1, 2006;

2. $16,556.64, representing interest on the delinquent contributions owed, calculated at the rate of ten percent (10%) per annum from the date contributions were due

      through February 28, 2006, as provided for under the Plan;

3.     $6,170.73, representing liquidated damages, calculated at twenty percent (20%) of the total delinquency, as provided for under the Plan; and

3.     $345.00 for litigation costs incurred by plaintiffs to date; it is further

**ORDERED** that defendant shall pay plaintiffs post-judgment interest at the rate of ten percent (10%) per annum; it is further

**ORDERED** that plaintiffs shall have the right to seek a supplemental judgment for any and all attorney's fees and costs incurred in the collection of contribution owed for the periods set out in this Order; and it is further

**ORDERED** that defendant shall submit to plaintiffs, by not later than May 1, 2006, remittance reports that set forth all compensable hours of all employees covered by the collective bargaining agreement during the period from May 2004 through April 2006. Separate reports shall be made for each month.

                                        _____
                                        JOHN D. BATES
                                        United States District Judge

Copies to:

Eunice Harris Washington
SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO
1313 L Street, NW
Washington, DC 20005-4101
Email: washinge@seiu.org

      *Counsel for plaintiff*

Apollo Detective Agency, Inc.
1440 West 127th Street
Calumet Park, IL 60827

    *Defendant*